```
                                            FILED
                                        07 OCT -2 AM 10:44
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA

                                        BY: LF        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN TIFFANY,<br><br>          Plaintiff,<br><br>     v.<br><br>BUFFET, INC., D.B.A.<br>HOMETOWN BUFFET, et al.,<br><br>          Defendants. | CASE NO: 05-CV-1451 W (JMA)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On October 1, 2007, Plaintiff Sean Tiffany, and Defendants HomeTown Buffet, Inc. and OCB Restaurant Company, LLC filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). This Rule provides that "an action may be dismissed by the plaintiff without order of the court . . . (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action." Accordingly, pursuant to the parties' stipulation [Doc. No. 40], this case is dismissed with prejudice with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATE: October 2, 2007

HON. THOMAS J. WHELAN
United States District Court
Southern District of California